IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 06-117 |
| v. ) | |
| ) | (22 U.S.C. §§ 2778(b)(2) |
| ) | and 2778(c), 22 C.F.R. §§ |
| ELECTRO-GLASS PRODUCTS ) | 121.1, 123.1 and 127.1) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2003, in the Western District of Pennsylvania and elsewhere, the defendant, ELECTRO-GLASS PRODUCTS, a Pennsylvania corporation with a principal place of business at P.O. Box 157, Mammoth, Pennsylvania, 15664, did knowingly and willfully export defense articles designated on the United States Munitions List, without a license for such exportation, that is: defendant ELECTRO-GLASS PRODUCTS exported approximately 10,500 solder glass preforms, which items are components of military night vision equipment, to BE-Delft Electronics, Inc., EL-30 J Block, Bhosari Industrial Area, Pune, 411 026 India.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), 22 C.F.R. §§ 121.1, 123.1 and 127.1.

## COUNT TWO

The grand jury further charges:

On or about February 11, 2004, in the Western District of Pennsylvania and elsewhere, the defendant, ELECTRO-GLASS PRODUCTS, a Pennsylvania corporation with a principal place of business at P.O. Box 157, Mammoth, Pennsylvania, 15664, did knowingly and willfully export defense articles designated on the United States Munitions List, without a license for such exportation, that is: defendant ELECTRO-GLASS PRODUCTS exported approximately 4,000 solder glass preforms, which items are components of military night vision equipment, to Bel Optronic Electronics, Inc., EL-30 J Block, Bhosari Industrial Area, Pune, 411 026 India.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), 22 C.F.R. §§ 121.1, 123.1 and 127.1.

## COUNT THREE

The grand jury further charges:

On or about April 6, 2004, in the Western District of Pennsylvania and elsewhere, the defendant, ELECTRO-GLASS PRODUCTS, a Pennsylvania corporation with a principal place of business at P.O. Box 157, Mammoth, Pennsylvania, 15664, did knowingly and willfully export defense articles designated on the United States Munitions List, without a license for such exportation, that is: defendant ELECTRO-GLASS PRODUCTS exported approximately 4,000 solder glass preforms, which items are components of military night vision equipment, to Bel Optronic Electronics, Inc., EL-30 J Block, Bhosari Industrial Area, Pune, 411 026 India.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), 22 C.F.R. §§ 121.1, 123.1 and 127.1.

## COUNT FOUR

The grand jury further charges:

On or about August 23, 2004, in the Western District of Pennsylvania and elsewhere, the defendant, ELECTRO-GLASS PRODUCTS, a Pennsylvania corporation with a principal place of business at P.O. Box 157, Mammoth, Pennsylvania, 15664, did knowingly and willfully export defense articles designated on the United States Munitions List, without a license for such exportation, that is: defendant ELECTRO-GLASS PRODUCTS exported approximately 4,500 solder glass preforms, which items are components of military night vision equipment, to Bel Optronic Electronics, Inc., EL-30 J Block, Bhosari Industrial Area, Pune, 411 026 India.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), 22 C.F.R. §§ 121.1, 123.1 and 127.1.

A True Bill,

_____
Foreperson

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254